UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————X

THE ANNUITY, PENSION, WELFARE AND TRAINING
FUNDS OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, DON DeNARDO, KENNETH KLEMENS, JR.,
JOHN F. O'HARE, DENISE M. RICHARDSON and ERNESTO
TERSIGNI,

      -and-

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and DENISE M.
RICHARDSON and CENTRAL PENSION FUND OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS,
BY ITS CHIEF EXECUTIVE OFFICER MICHAEL R.
FANNING,

**ORDER OF VOLUNTARY DISMISSAL**

17-CIV-8632 (VEC)

          Plaintiffs,
  -against-

NAVILLUS TILE, INC. d/b/a NAVILLUS CONTRACTING,
ADVANCED CONTRACTING SOLUTIONS LLC d/b/a
ACS-NY LLC, TIME SQUARE CONSTRUCTION, INC.
and HDK CONSTRUCTION, LLC,

          Defendants.
————————————————————————————X

  Pursuant to F.R.C.P. 41(a)(1) of the Federal Rules of Civil Procedure, each of the

Plaintiffs named herein, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give

notice that the above-captioned matter is voluntarily dismissed as against Defendants

NAVILLUS TILE, INC. d/b/a NAVILLUS CONTRACTING, ADVANCED CONTRACTING

SOLUTIONS LLC d/b/a ACS-NY LLC, TIME SQUARE CONSTRUCTION, INC. and HDK CONSTRUCTION, LLC.

Dated: Tarrytown, New York
       November 1, 2018

                                                 Respectfully submitted,

                                                 BRADY McGUIRE & STEINBERG, P.C.

                                                 */s/ James M. Steinberg, Esq.*

By:  James M. Steinberg (JS-3515)
       Attorneys for Plaintiffs
       303 South Broadway, Suite 234
       Tarrytown, New York 10591
       (914) 478-4293

**SO ORDERED:**

_____
**The Honorable Valerie E. Caproni**
**United States District Judge**