UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

──────────────────────────────────────────X

THE ANNUITY, PENSION, WELFARE AND TRAINING
FUNDS OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, DON DeNARDO, KENNETH KLEMENS, JR.,
JOHN F. O'HARE, DENISE M. RICHARDSON and ERNESTO
TERSIGNI,

              -and-

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and DENISE M.
RICHARDSON and CENTRAL PENSION FUND OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS,
BY ITS CHIEF EXECUTIVE OFFICER MICHAEL R.
FANNING,

              Plaintiffs,

             -against-

NAVILLUS TILE, INC. d/b/a NAVILLUS CONTRACTING,
ADVANCED CONTRACTING SOLUTIONS LLC d/b/a
ACS-NY LLC, TIME SQUARE CONSTRUCTION, INC.
and HDK CONSTRUCTION, LLC,

             Defendants.

──────────────────────────────────────────X

**ORDER OF VOLUNTARY DISMISSAL**

17-CIV-8632 (VEC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2018

    Pursuant to F.R.C.P. 41(a)(1) of the Federal Rules of Civil Procedure, each of the Plaintiffs named herein, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed as against Defendants NAVILLUS TILE, INC. d/b/a NAVILLUS CONTRACTING, ADVANCED CONTRACTING

SOLUTIONS LLC d/b/a ACS-NY LLC, TIME SQUARE CONSTRUCTION, INC. and HDK CONSTRUCTION, LLC.

Dated: Tarrytown, New York
November 1, 2018

Respectfully submitted,

BRADY McGUIRE & STEINBERG, P.C.

/s/ *James M. Steinberg, Esq.*

By:  James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
303 South Broadway, Suite 234
Tarrytown, New York 10591
(914) 478-4293

---

The case is dismissed pursuant to Rule 41(a)(1)(A)(i). The Clerk of the Court is respectfully directed to terminate all open motions and deadlines and to close the case.

**SO ORDERED:**   Date: 11/2/2018

*[signature]*

**The Honorable Valerie E. Caproni**
**United States District Judge**